1  MARCOS D. SASSO (SBN 228905)
   sassom@ballardspahr.com
2  **BALLARD SPAHR LLP**
   2029 Century Park East, Suite 800
3  Los Angeles, CA  90067-2909
   Telephone: 424.204.4400
4  Facsimile: 424.204.4350

5  Attorneys for Defendant
     BRIDGECREST CREDIT
6      COMPANY, LLC

7

8

9              **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

12 ANTHOLINE FERNANDEZ and          CASE NO.  5:19-CV-00877
   RONALD FERNANDEZ, on behalf of
13 themselves and members of the general
   public,                           **NOTICE OF INTERESTED**
14                                   **PARTIES (L.R. 7.1-1)**
                Plaintiff,
15
        v.
16
   BRIDGECREST CREDIT COMPANY,
17 LLC, an Arizona limited liability
   company; and DOES 1 through 25,
18 inclusive,

19              Defendant.

20

21

22

23

24

25

26

27

28

The undersigned, counsel of record for defendant Bridgecrest Credit Company, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Bridgecrest Credit Company, LLC is a wholly-owned subsidiary of Bridgecrest Acceptance Corporation.

Dated: May 9, 2019

BALLARD SPAHR, LLP
MARCOS D. SASSO

By:   */s/ Marcos D. Sasso*
     Marcos D. Sasso

Attorneys for Defendant
BRIDGECREST CREDIT COMPANY, LLC

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is **BALLARD SPAHR LLP**, 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909.

On **May 9, 2019**, I served the document(s) entitled: **NOTICE OF INTERESTED PARTIES** on the interested parties in this action by placing a true and correct copy of the document thereof, enclosed in a sealed envelope as follows:

| | |
|---|---|
| TRUEBLOOD LAW FIRM<br>Alexander B. Trueblood<br>10940 Wilshire Blvd., Suite 1600<br>Los Angeles, CA 90024 | *Attorneys for Plaintiffs*<br>Antholine Fernandez<br>Ronald Fernandez |

LAW OFFICES OF BRANDON A. BLOCK
Brandon A. Block
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210

☑ **BY MAIL**: by placing the document(s) listed above in a sealed envelope with California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL**: by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY HAND**: by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY PERSONAL DELIVERY**: by causing personal delivery by First Legal Network of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY E-MAIL**: by attaching an electronic copy of the document(s) listed above to the e-mail address listed below.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 9, 2019**, at Los Angeles, California.

Shari L. Green