MARCOS D. SASSO (SBN 228905)
sassom@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
BRIDGECREST CREDIT
COMPANY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHOLINE FERNANDEZ and RONALD FERNANDEZ, on behalf of themselves and members of the general public,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGECREST CREDIT COMPANY, LLC, an Arizona limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:19-CV-00877 MWF (SHKx)<br><br>[Assigned to the Hon. Michael W. Fitzgerald]<br><br>**DECLARATION OF PAUL BEINLICH IV IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY ACTION**<br><br>**Hearing**:<br>Date: September 30, 2019<br>Time: 10:00 a.m.<br>Courtroom: 5A<br><br>Trial Date: None<br><br>[Notice of Motion, Motion and Memorandum of Points and Authorities in Support and Request for Judicial Notice filed and [Proposed] Order lodged concurrently] |

DECLARATION IN SUPPORT OF MOTION TO
COMPEL ARBITRATION AND STAY ACTION

## **DECLARATION OF PAUL BEINLICH IV**

I, Paul Beinlich IV, hereby declare as follows:

1. I am an Assistant Director of Loan Servicing for Bridgecrest Credit Company, LLC ("Bridgecrest"). I have been with Bridgecrest (or its predecessor DT Credit Company LLC) for 7 years. Except where based upon review of records and documents regularly maintained in the ordinary course of business, all of the matters set forth below are within my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein. I submit this declaration in support of Defendant's Motion to Compel Arbitration.

2. In connection with my duties as Assistant Director of Loan Servicing, I have access to and am generally familiar with the records maintained by Bridgecrest and its predecessor and affiliates, including DriveTime Car Sales Company, LLC ("DriveTime"). Bridgecrest also maintains and relies in the normal course of its business upon the records of its affiliated company, DriveTime.

3. On February 24, 2015, plaintiff Antholine Fernandez and Ronald Fernandez ("Plaintiffs") entered into a Conditional Sale Contract and Security Agreement (the "Contract") with DriveTime pursuant to which Plaintiffs purchased a 2008 Scion XB (the "Vehicle") from DriveTime. A true and correct copy of the Contract is attached hereto as **Exhibit 1**.

4. At the time Plaintiffs purchased the Vehicle, Plaintiffs also executed an arbitration agreement (the "Arbitration Agreement") that covers disputes arising from or relating to, inter alia, the Contract, the Vehicle or the sale of the Vehicle, the collection of amounts owed to DriveTime or its assignees, and/or any repossession, or replevin, of the Vehicle. A true and correct copy of the Arbitration Agreement is attached hereto as **Exhibit 2**.

5. The Arbitration Agreement provided a right to reject the agreement to arbitrate, and when a rejection of an Arbitration Agreement is made, a record of such

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909

1

DECLARATION IN SUPPORT OF MOTION TO
COMPEL ARBITRATION AND STAY ACTION

rejection is made in the ordinary course of business. If Plaintiffs had rejected the Arbitration Agreement, there would be a record of such and no such record exists.

6. The Contract was subsequently assigned to Bridgecrest.

7. Defendant Bridgecrest services Plaintiffs' account, and Plaintiffs' payments under the Contract are due to Bridgecrest.

8. DriveTime is an Arizona limited liability company.

9. Bridgecrest is an Arizona limited liability company.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7TH day of June, 2019, at 2:15, PM.

*/s/ Paul W. B____*

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909