# EXHIBIT 1

**REPRINT DATE:** 02/24/2015

## CONDITIONAL SALE CONTRACT AND SECURITY AGREEMENT

**SALES DATE:** 02/24/2015

| Buyer (and Co-Buyer) Name and Address | Dealer/Creditor Name and Address |
|---|---|
| ANTHOLINE Ernestine FERNANDEZ<br>Ronald Steven Fernandez<br><br>Ontario, CA 917617117 | DRIVETIME CARSALES COMPANY LLC<br>MONTCLAIR<br>10477 CENTRAL AVE.<br>MONTCLAIR, CA 917634404<br>9096261111<br>115007960501 |

You, the Buyer (and Co-Buyer, if any) shown above, agree to buy the motor vehicle described below (the "Vehicle") on credit subject to the terms and conditions of this contract and security agreement (the "Contract"). By signing below, you represent that you have been quoted only one cash price for the Vehicle. "We", "us" and "our" refer to the Dealer shown above.

| New/Used | Model Year and Make | Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2008 Scion | xB | | [X] Personal   [ ] Agricultural<br>[ ] Business |

Trade-In: _____ Year   _____ Make   _____ Model

### FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid when you have made all scheduled payments | Total Sale Price The total cost of your purchase on credit, including your down payment of $2,100.00 |
|---|---|---|---|---|
| 25.229 % | $ 9,479.51 | $ 14,071.30 | $ 23,550.81 | $ 25,650.81 |

**Payment Schedule**

| Number of Payments | Amount of Each Payment | When Payments Are Due | |
|---|---|---|---|
| 114 | $204.80 | BiWeekly beginning | 03/21/2015 |
| 1 | $203.61 | Ending | 08/03/2019 |

**Prepayment:** If you pay off your debt early, you will not have to pay a penalty.
**Late Payment:** You must pay a late charge on the part of each payment not made within 10 days after the date the payment is due. The charge is 5% of the unpaid amount of the payment due.
**Security Interest:** You are giving a security interest in the Vehicle being purchased.
Please read this Contract for additional information on security interests, non-payment, default, and our right to require repayment of your debt in full before the scheduled maturity date.

# ITEMIZATION OF AMOUNT FINANCED

1. **Cash Price Itemization**   $10,995.00 (A)
   - A. Cash Price (excluding items 1.B to K.2)
     - (1) Cash Price of Vehicle   $10,995.00
     - (2) Cash Price Accessories   $ N/A
   - B. Document Preparation Fee (not a governmental fee)   $79.00 (B)
   - C. Smog Fee Paid to Seller   $29.75 (C)
   - D. (Optional) Theft Deterrent Device paid to N/A   $ N/A (D)
   - E. (Optional) Surface Protection Product paid to N/A   $ N/A (E)
   - F. Sales Tax (on taxable items A through E)   $888.30 (D)
   - G. (Optional) DMV Electronic Filing Fee   $ N/A (E)
   - H. Service Contract (Optional)   $2,895.00 (H)
   - I. Prior Credit or Lease Balance paid by Seller to: N/A (see downpayment and trade-in calculation)   $ N/A (I)
   - J. Other (to whom paid) DriveTime For Optional Debt Cancellation Agreement   $595.00 (H)
   - K.1 (Optional) Used Vehicle Contract Cancellation Option Agreement   $ N/A (K1)
   - K.2 Other (to whom paid)* DriveTime for GPS   $0 (K2)
   - Total Cash Price (A through K.2)   $15482.05 (1)

2. **Amounts Paid to Public Officials**
   - A. License Fees   $15.00 (A)
   - B. Registration / Transfer / Titling Fees   $171.00 (B)
   - C. California Tire Fees*   $ N/A (C)
   - Total Official Fees (A through D)   $186.00 (2)

3. **Amount Paid to Insurance Companies (Total Premiums)**   $ N/A (3)

4. **Smog Certification, Noncompliance, Exemption, or Waiver Fee Paid to State**   $8.25 (4)

5. **Subtotal (1 through 4)**   $15676.3 (5)

6. **Total Down Payment**
   - A. Agreed Trade-In Allowance Yr _____ Make _____ Model _____ Odom _____ VIN _____   $0 (A)
   - B. Less Prior Credit or Lease Balance   $0.00 (B)
   - C. Net Trade-In (A less B) (indicate if negative number)   $0.00 (C)
   - D. Deferred Downpayment   $ N/A (D)
   - E. Manufacturer's Rebate   $ N/A (E)
   - F. Other N/A   $ N/A (F)
   - G. Cash   $2100 (G)
   - Total Downpayment (C through G)   $ 2,100.00 (6)

7. **Prepaid Finance Charge GPS**   $495.00 (7)

8. **Amount Financed (5 less 6)**   $ 14,071.30 (8)

---

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.

**WARNING:**
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S x _Retail Sales Contract_      x _Retail Sales Contract_

If you have a complaint concerning this sale, you should try to resolve it with the seller. Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or any investigator for the Department of Motor Vehicles, or any combination thereof. After this Contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

_Retail Sales Contract_      _Retail Sales Contract_
**Buyer Signs**      **Co-Buyer Signs**

| | |
|---|---|
| NOTICE: No person is required as a condition precedent to financing the purchase of an automobile that any insurance be negotiated or purchased through a particular insurance agent or broker. | UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR A PUBLIC OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT. |
| You must insure the Vehicle and other property securing this Contract. See the "Vehicle Insurance" section of this Contract. You are not required to provide any other insurance | You may buy the required Property Insurance from any company reasonable acceptable to us. |

Buyer:_____

Co-Buyer:_____

Seller:_____

### NOTICES REQUIRED BY FEDERAL LAW

Used motor vehicle Buyers Guide. If you are buying a used vehicle with this Contract, federal regulations may require a special Buyers Guide to be displayed on the window of the Vehicle. THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

NOTICE - ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

**Promise to Pay and Payment Terms:** You promise to pay us the Amount Financed, plus Finance Charges accruing on the unpaid balance at the rate of **25.229%** per year (the "Contract Rate") from today's date until paid in full. Finance charges accrue on a daily simple interest basis. As outlined about in the Truth In Lending Disclousres you agree to pay this Contract according to the payment schedule by paying the amount stated in the Total of Payments box, or a greater amount. You also agree to pay the late charge shown above and any additional amounts according to the terms and conditions of this Contract.

**General Terms; Payments:** You have been given the opportunity to purchase the Vehicle and any other products and services identified in this Contract for the Total Sale Price. The Total Sale Price is the total price of the Vehicle and any other products or services – plus the Finance Charges if you buy them over time. You agreed to purchase the items over time. The Total Sale Price in the TRUTH IN LENDING DISCLOSURES assumes that you will make all payments as scheduled. The actual amount you will pay may be more or less depending on your payment record. You may prepay this Contract at any time without penalty.

**Security Interest:** To secure your obligations, you give us a "first priority" security interest in the Vehicle, all accessions, attachments, accessories and equipment placed in or on the Vehicle and all proceeds of the Vehicle. You also agree to give us a security interest in all money or goods received for the Vehicle and all insurance premiums, service and other contracts we finance. The security interest secures payment of all amounts you owe in this Contract and performance of your other agreements in this Contract. You agree a "first priority" security interest is a security interest before any other party's lien, claim, interest or right in or to the Vehicle. You will not grant anyone else a security interest, lien or any other claim to the Vehicle without our express prior written consent. We reserve our right to setoff insurance proceeds or excess amounts of estimated official fees and taxes that we may receive against the principal amount of what you owe us under the Contract to the extent not prohibited by applicable law.

**Finance Charges:** This is a simple interest Contract. The finance charges you pay will depend on how you make your payments. Your actual finance charges may be more than the disclosed Finance Charges if you make your payments late or in less than the scheduled amount. We will apply payments to late charges, finance charges and to the unpaid balance of the Contract in any manner we choose unless we are required by law to apply payments in a particular order. Finance charges are earned by applying the Contract Rate to the unpaid balance of the Contract for the time such balance is owed, subject to the finance charge free period, if any, described on the first page of this Contract.

**Use of Vehicle:** You must take care of the Vehicle. You must obey all laws in using it. You must keep the Vehicle in your possession at the Buyer's address shown above, unless we approve another address in writing. You may not sell or transfer any rights in the Vehicle without our prior written consent. You must keep it free from the claims of others. You will not take it out of the United States without our prior written consent. You will immediately tell us of any change in your address or the address where the Vehicle is regularly kept. You agree not to add to the Vehicle any accessories, equipment or any other property in which any other person has an ownership or security interest.

**Warranties Seller Disclaims:** Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this Contract, **the Seller makes no warranties, express or implied, on the Vehicle, and there will be no implied warranties of merchantability or fitness for a particular purpose.** This provision does not affect any warranties covering the vehicle or parts thereof that the Vehicle manufacturer or parts supplier may provide. Only the manufacturer or supplier shall be liable for performance under their warranties. If the Seller has sold you a certified used Vehicle, the warranty of merchantability is not disclaimed.

**Vehicle Insurance:** You must insure yourself and us for the term of this Contract against loss of or damage to the Vehicle with a policy in the Buyer's name. You must maintain comprehensive fire, theft and collision coverage, insuring the Vehicle in an amount acceptable to us, name us as loss payee and provide whatever evidence of insurance we request. We must approve the type and amount of insurance that you obtain. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. If you do not maintain the required insurance, we may buy substantially similar coverage at your expense. We may add the cost of such insurance to your obligations due under this Contract and/or collect those costs separately from you. You agree to pay such costs either upon our demand or in installments, subject to a finance charge at the Contract Rate, if we elect to apply a finance charge. The insurance we buy may, at our option, protect only our interest, or both your interest and ours. **Insurance we buy may cost substantially more than insurance you buy.** We will cancel the insurance we buy if you give us satisfactory proof of insurance reasonably acceptable to us. **Whether or not the Vehicle is insured, you will pay us all you owe under this Contract even if the Vehicle is lost, damaged beyond repair, or destroyed.**

You are not required as a condition of financing the purchase of the Vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. Your choice of insurance providers will not affect our decision to sell you the Vehicle or extend credit to you.

**Returned Check Charge:** If you make any payment required by this Contract with a check that is returned or dishonored you agree to pay a charge equal to $15. If the fee is not paid when due, we may add this fee to the unpaid balance of this Contract.

**Default:** You will be in default if any one of the following occurs (except as may be prohibited by law):
1. You fail to make any payment due under this Contract, including any down payment, in full when such payment is due.
2. We are unable to obtain a first priority security interest in the Vehicle.
3. You give another person a security interest in the Vehicle without our consent.
4. You fail to obtain or maintain insurance on the Vehicle as required by this Contract.
5. You gave us false or misleading information on your application relating to this Contract, if we cannot verify any information that you have provided us, if any information you provided to us is false, if we discover a material adverse change in such information during the review process, or if you do not cooperate in the verification and review process described below.
6. You fail to keep any other agreement or promise you made in this Contract.
7. You die, become incompetent, generally fail to pay your debts when they become due or if you file a bankruptcy petition or if one is filed against you.
8. The Vehicle is lost, **damaged beyond repair, or destroyed** or any other event occurs that causes us to believe that our prospects for payment or realization upon the Vehicle are impaired.

If you are in default, we may require you to pay at once the unpaid Amount Financed, the earned and unpaid part of the Finance Charge and all other amounts due under this Contract (the entire unpaid balance). If as a consequence of your default we require that you pay the entire unpaid balance, we will charge you interest at the Contract Rate on the entire unpaid balance from the date of our notice to you demanding payment of the entire unpaid balance. Additionally, we may take back (repossess) the Vehicle. We may also take items of personal property found in the Vehicle when we take back the Vehicle and hold them for you. If, after providing you with notice of our intent to dispose of such personal property as required by law and after allowing you time to claim the property as required by applicable law you do not claim your personal property, we will dispose of the personal property in a commercially reasonable manner.

We may cancel any insurance or other products or services you have purchased in this Contract and apply any refunds we receive to the amount you owe. You agree to pay any attorneys' fees we incur at any time in collecting amounts you owe under this Contract, including during any bankruptcy proceedings or upon any appeal.

If we take back the Vehicle, we will sell it unless you exercise any right to cure or redeem the Vehicle that you may have under state law. The sale proceeds, less the actual amounts we pay for retaking, holding, preparing for disposition, processing and disposing of the Vehicle, and less our attorneys' fees and legal costs to the extent such costs, fees and expenses are permitted by applicable law, will be used to pay the amount you owe on this Contract. Any money left will be paid to you unless the law requires that we pay it to someone else. If the sale proceeds are not enough to pay off this Contract and costs, and we have complied with the applicable notice requirements, you will be obligated to pay us what is still owed (the deficiency).

We can, without notice, delay enforcing our rights or exercise only part of them without losing them, waive a right we have without waiving it for subsequent opportunities to exercise that right, and waive a right we have as to one Buyer without waiving it as to the other(s). You also expressly waive demand for payment, notice of non-payment, presentment, notice of dishonor, protest, notice of protest, notice of intent to accelerate and notice of acceleration.

**Assignment:** You may not assign your rights under this Contract without our permission. We may sell or assign our rights in this Contract without your permission. We may sell or assign this Contract for an amount that is more than or less than the Amount Financed.

**General:** Any change in this Contract must be written and signed by you and us. The law of the state of the Dealer's place of business shown in this Contract applies to this Contract. If that law does not allow all the agreements in this Contract, the ones that are not allowed will be void. The rest of this Contract will still be good. You promise you have given a true payoff amount on any vehicle traded in. If that payoff is more than the amount shown in 6.B in the Itemization of the Amount Financed on the sceond page of this Contract, youi must pay us the excess upon demand.

**Waiver of California Vehicle Code Section 1808.21:** You waive the provisions of Californai Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

**After-Sale Review and Verification Process:** The Vehicle sold to you is subject to an after-sale review and verification of the information you have provided to us. You have agreed to cooperate with the after-sale review and verification process.

**References/Credit Reports:** We may contact your employer or your references to verify the information you provided to us in your application or in connection with this Contract. We may also contact your employer or your references if we are unable to locate you. The servicer of this Contract may also do so. Federal or state law may limit these contacts. You also consent to us or a servicer, obtaining a credit report(s) in connection with the servicing of the Contract.

**Odometer (mileage):** Each of your and our representations regarding odometer readings are subject to information provided by others, including government agencies. We each understand that this information is not always accurate. As permitted by applicable law, neither of us is responsible for any inaccuracies in this information to the extent it is not the party's fault.

**Liability Insurance Required:** You understand that state law requires you to purchase and maintain liability insurance. We do not provide liability insurance for you and it is not included in your Contract. You are not required as a condition of financing the purchase of the Vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. Your choice of insurance providers will not affect our decision to sell you the Vehicle or extend credit to you.

**Record Retention:** You agree that we may maintain documents and records related to the Vehicle and the Contract electronically, including, but not limited to, documents and record images, and that we may dispose of original documents. You agree that a copy of any such electronic records may be used and shall be deemed to be the same as an original in any arbitration, judicial, or non-judicial or regulatory proceeding relating to the Vehicle.

**Assignment of Dealer:** For value received, Dealer hereby transfers to DT ACCEPTANCE CORPORATION ("Assignee") all of its right, title, and interest in the Contract and the Vehicle. This transfer and assignment is made pursuant to and is subject to any Agreement between Dealer and Assignee by which Assignee has agreed to accept the transfer and assignment of contracts from Dealer.

**Arbitration Agreement:** The arbitration agreement entered into between you and Dealer is incorporated by reference into and is a part of this Contract.

**GPS System:** If applicable, the Buyer Disclosure Statement and Agreement for Installation of a GPS System becomes incorporated into and is a part of this retail installment contract.

---

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

---

**THERE IS NO COOLING OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**

California law does not provide for a "cooling off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this Contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this Contract with the agreement of the seller or for legal cause, such as fraud.

However, California law does require a seller to offer a 2 day contract cancellation option on used vehicles with a purchase price of less than $40,000, subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

**YOU ACKNOWLEDGE THAT YOU HAVE READ ALL PAGES OF THIS CONTRACT. YOU ALSO ACKNOWLEDGE RECEIPT OF A TRUE AND COMPLETELY FILLED IN COPY OF ALL PAGES OF THE CONTRACT AT THE TIME YOU SIGN IT.**

X _Retail Sales Contract_  
**Buyer Signs**

X _Retail Sales Contract_  
**Co-Buyer Signs**

By signing below, the Dealer/Creditor accepts this Contract

X _DriveTime_     X _[signature]_     X _GM_  
**Dealer Creditor**     By     Title:

# Retail Purchase Agreement
## - California-

| BUYER | ANTHOLINE Ernestine FERNANDEZ |
|---|---|
| CO-BUYER | Ronald Steven Fernandez |
| ADDRESS | [redacted] |
| CITY, STATE, ZIP | Ontario, CA 91761-7117 |
| PHONE(S) | RES: [redacted]   BUS. |

Date: 02/24/2015   Phone: 9096261111
Dealership: DriveTime Car Sales Company, LLC DBA: DriveTime
Address: 10477 CENTRAL AVE.
City, State, Zip: MONTCLAIR, CA 91763-4404
Stock Number: 1150079605

**THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

### Vehicle Being Purchased

| Year | Make | Model | Body |
|---|---|---|---|
| 2008 | Scion | xB | Base 4dr Wagon |

| Lic. Plate # | License Tab # | Expires | Mileage | Color |
|---|---|---|---|---|
| | | | 84063 | Gold |

VIN #: JTLKE50E881054529

You provide an express limited warranty. I have a copy of the limited warranty agreement. No other express or implied warranties are made by you and there will be no implied warranties of merchantability or fitness for a particular purpose unless required by applicable law. You do not have to make any repairs on this vehicle, except as required under the limited warranty and applicable state law. I may also have other rights that vary from state to state.

_____ Buyer's Initials   X_____ Buyer's Initials

| | |
|---|---|
| Selling Price | $10,995.00 |
| State License Registration Fee | $15.00 |
| State Title Registration Fee | $171.00 |
| Emissions Fee Paid to Seller | $29.75 |
| Emissions Fee Paid to State | $8.25 |
| Document Preparation Fee | $79.00 |
| DriveCare Powertrain Protection Plan | $2,895.00 |
| GAP Coverage | $595.00 |
| SkyLink Service | $495.00 |
| Sales Tax | $888.30 |
| **Subtotal** (Selling Price + Extras + Fees + Taxes) | $16171.3 |
| Trade-In Allowance | $0 |
| Estimated Pay-off | $0.00 |
| **Net Trade Allowance** (Allowance - Payoff) | $0.00 |
| Down Payment | $2100 |
| **Total Down Payment** (Down Payment + Net Trade Allowance) | $2,100.00 |
| Balance Due | $14,071.30 |

Documentary Services Fee = Clerical Expense: $183.00; Document Delivery Service: $81.00; Computer Equipment & Software Usage: $35.00

### Trade-In Vehicle 1

| Year | Make | Model | Body |
|---|---|---|---|
| | | | |

| Lic. Plate # | License Tab # | Expires | Mileage | Color |
|---|---|---|---|---|
| | | | | |

VIN #

### Trade-In Vehicle 2

| Year | Make | Model | Body |
|---|---|---|---|
| | | | |

| Lic. Plate # | License Tab # | Expires | Mileage | Color |
|---|---|---|---|---|
| | | | | |

VIN #

Liability insurance coverage for bodily injury and property damage caused to others is not included.

**NOTICE TO THE CUSTOMER(S):** THE PAYOFF BALANCE REFERRED TO IN ESTIMATED PAY-OFF AND THE FEES REFERRED TO IN LICENSE AND TITLE FEE ARE ESTIMATES, AT THE TIME THE BALANCES AND FEES ARE VERIFIED AND CONTRACT DETERMINED, APPROPRIATE ADJUSTMENTS, IF NECESSARY, WILL BE MADE. ANY DIFFERENCE IN THE PAYOFF AMOUNT IS THE RESPONSIBILITY OF THE CUSTOMER(S).

**Vehicle Return Program**
We will give you the ability to return the Vehicle to DriveTime and terminate this retail purchase agreement so long as you return the Vehicle:  1) To the DriveTime dealership where you purchased it within five calendar days (excluding the date of purchase, Sundays, and days DriveTime is closed for holidays), no later than the close of business on the fifth calendar day; 2)  Free of all liens and encumbrances other than the lien created by this retail purchase agreement; 3) In the same condition you received it except for reasonable wear and tear and any mechanical problem that becomes evident after delivery that was not caused by you;   4) Having driven it no more than 300 miles; 5) Without damage or having  been in an accident. If you return your vehicle and had traded in a vehicle to us, we will return your trade to you only after you have paid all fees required for the return of the Vehicle. Required fees may not be paid by personal check.

Required fees will be deducted from my down payment refund. If I paid my down payment by check or debit card, you will pay me and/or return my trade in by the earlier of (a) when I provide evidence to you the check or debit transaction has cleared or (b) 15 business days after my purchase of the Vehicle. You may pay refunds by debit card. If you do so, you will add an amount to the card to cover my reasonable costs of withdrawing the funds. If I paid my down payment with a credit card, you will apply the refund to the credit card account used to make the down payment. So long as I meet all conditions for return of the Vehicle outlined above, DriveTime will not report this account to the credit bureaus.

**NOTICE:** DriveTime Car Sales Company LLC does not charge sales tax on the sales of vehicle service contracts, theft protection services, guaranteed auto protection, and other products sold contemporaneously with the sale of a motor vehicle (collectively, "Ancillary Products") when sold to residents of other states because the sale of Ancillary Products in this state is not subject to tax or there is an exemption from tax for sales to customers living in other states. However, your state of residence may impose a use tax on your purchase of Ancillary Products, so you should consult with your tax advisor to determine whether you have liability for use tax in your state of residence.

Purchaser acknowledges receipt of a copy of this Agreement. No oral agreements or understandings apply. This Agreement is not binding until accepted by an authorized representative of DriveTime.

Sales Advisor _____   Purchaser _____
                                         ANTHOLINE FERNANDEZ

Sales Manager _____   Purchaser _____
                                         Ronald Fernandez

                                         Accepted By _____
                                         DriveTime CarSales Company, LLC