1  MARCOS D. SASSO (SBN 228905)
   sassom@ballardspahr.com
2  BALLARD SPAHR LLP
   2029 Century Park East, Suite 800
3  Los Angeles, CA  90067-2909
   Telephone: 424.204.4400
4  Facsimile: 424.204.4350

5  Attorneys for Defendant
   BRIDGECREST CREDIT
6  COMPANY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHOLINE FERNANDEZ and RONALD FERNANDEZ, on behalf of themselves and members of the general public,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGECREST CREDIT COMPANY, LLC, an Arizona limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No. 5:19-CV-00877 MWF (SHKx)<br><br>[Assigned to the Hon. Michael W. Fitzgerald]<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT**<br><br>Trial Date:  None |

DMEAST #39502313 v1

NOTICE OF APPEAL

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that defendant Bridgecrest Credit Company, LLC ("Defendant") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Re Defendant Bridgecrest Credit Company, LLC's Motion to Compel Arbitration entered on October 29, 2019 (Dkt. No. 18) in the above-captioned case. This appeal is permitted by 9 U.S.C. § 16(a). Defendant's Representation Statement is attached to this Notice of Appeal as required by Circuit Rule 3-2(b)

DATED: November 21, 2019

BALLARD SPAHR LLP
MARCOS D. SASSO

BY: ___/s/ Marcos D. Sasso___
        Marcos D. Sasso

Attorneys for Defendant,
BRIDGECREST CREDIT COMPANY, LLC

DMEAST #39502313 v1

1

NOTICE OF APPEAL

## NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Pursuant to Ninth Circuit rule 3-2(b) and Fed. R. App. P. 12(b), the following list identifies all parties to the action alone with the names, addresses and telephone numbers of their respective counsel:

1. Plaintiffs Antholine Fernandez and Ronald Fernandez, on behalf of themselves and members of the general, and represented by the following counsel:

**Brandon A. Block** (SBN 215888)
The Law Offices of Brandon A. Block, P.C.
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210
Telephone: 310-887-1440

**Alexander B. Trueblood** (SBN 150897)
Trueblood Law Firm
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: 310-443-4139

2. Defendant Bridgecrest Credit Company, LLC, and represented by the following counsel:

**Marcos D. Sasso** (SBN 228905)
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
424-204-4400

DATED: November 21, 2019

BALLARD SPAHR LLP
MARCOS D. SASSO

BY: _____/s/ Marcos D. Sasso_____
Marcos D. Sasso

Attorneys for Defendant,
BRIDGECREST CREDIT COMPANY, LLC