**FILED**

JUN 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANTHOLINE FERNANDEZ; RONALD FERNANDEZ,<br><br>          Plaintiffs-Appellees,<br><br> v.<br><br>BRIDGECREST CREDIT COMPANY, LLC.,<br><br>          Defendant-Appellant. | No. 19-56378<br><br>D.C. No. 5:19-cv-00877-MWF-SHK<br>Central District of California, Riverside<br><br>ORDER |

Before: GRABER and R. NELSON, Circuit Judges.

The Supreme Court of the United States has denied the petitions for writs of certiorari in Nos. 19-1066 and 19-1078. Accordingly, appellant's motion to stay appellate proceedings (Docket Entry No. 11) is denied as moot.

Appellant's motion to stay district court proceedings (Docket Entry No. 21) is denied.

The opening brief has been filed. The answering brief is due August 21, 2020. The optional reply brief is due within 21 days after service of the answering brief.

AC/MOATT