# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANTHOLINE FERNANDEZ and RONALD FERNANDEZ

Plaintiff(s)

v.

BRIDGECREST CREDIT COMPANY, LLC

Defendant(s).

CASE NUMBER:
Case No. EDCV 19-877 MWF (SHKx)

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

BRIDGECREST CREDIT COMPANY, LLC    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute David W. Schecter of Miller Barondess, LLP   who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

1999 Avenue of the Stars, Suite 1000
*Street Address*

Los Angeles, California 90067                                    dschecter@millerbardoness.com
*City, State, Zip*                                                        *E-Mail Address*

(310) 552-4400                 (310) 552-8400                 296251
*Telephone Number*         *Fax Number*                 *State Bar Number*

as attorney of record instead of   John G. Kerkorian and Stacy Heather Rubin
*List **all** attorneys from same firm or agency who are withdrawing*

Ballard Spahr LLP
1 East Washington Street, Suite 2300, Phoenix, AZ 85004-2555

**is hereby**    ☒ **GRANTED**    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated: June 23, 2021

*/s/ Michael W. Fitzgerald*
MICHAEL W. FITZGERALD
United States District Judge