UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. CV 19-877-MWF-SHK | Date: April 21, 2022 |
| Title: Antholine Fernandez et al v. Bridgecrest Credit Company, LLC | |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION [13]

Before the Court is Defendant Bridgecrest Credit Company, LLC's Motion to Compel Arbitration (the "Motion"). (Docket No. 13). On April 19, 2022, the Court received a Mandate from the Ninth Circuit that directs the Court to grant the Motion. (Docket No. 83).

Therefore, Defendant's Motion to Compel Arbitration is **GRANTED** and the action is **DISMISSED** *without prejudice*.

IT IS SO ORDERED.